USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERTO RIVERA,

                        Plaintiff,

    -v-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
------------------------------------------------------------X

21 CIVIL 3589 (GHW)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 2, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

**Dated:** New York, New York
        December 2, 2021

                                                      RUBY J. KRAJICK
                                                       Clerk of Court

                            BY:
                                                       Deputy Clerk